640 A.2d 846

IN THE MATTER OF LEONARD S. SINGER,
AN ATTORNEY AT LAW.

May 13, 1994.

**ORDER**

The Disciplinary Review Board having filed a report with the Court, recommending that **LEONARD S. SINGER** of **WAYNE,** who was admitted to the bar of this State in 1973, be publicly

reprimanded for violating *RPC* 4.1(a)(2) (failure to disclose a material fact when disclosure is necessary to avoid assisting a fraudulent act by a client) and *RPC* 8.4(c) (engaging in conduct involving dishonesty, fraud, deceit or misrepresentation), and good cause appearing;

It is ORDERED that the report and recommendation of the Disciplinary Review are adopted and **LEONARD S. SINGER** is hereby publicly reprimanded; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent shall reimburse the Ethics Financial Committee for appropriate administrative costs incurred in the prosecution of this matter.